1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICA ANDREA MCRAE,

                  Plaintiff,

   v.

HUGHES GROUP LLC,

                  Defendant.

CASE NO. C19-5753 BHS

ORDER TO SHOW CAUSE

13

14

15

16

17

18

      This matter comes before the Court on review of the docket. Plaintiff Erica Andrea

McRae ("McRae") filed this lawsuit pro se and *in forma pauperis* on August 13, 2019.

Dkt. 1. The Court granted McRae's motion to proceed *in forma pauperis* on October 15,

2019. Dkt. 4. Also on October 15, 2019, the Court filed McRae's complaint in the docket

and mailed McRae a summons to be served upon Defendant Hughes Group LLC

("Hughes Group"). Dkt. 5.

19

20

21

22

      On December 16, 2019, the Court granted McRae's motion to appoint counsel and

contacted the Federal Bar Association's pro bono panel. Dkt. 9. Unfortunately, no

attorney volunteered to accept representation. Dkt. 10.

1     Defendants must be brought into litigation by official service. *Murphy Bros., Inc.*

2 *v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999). Federal Rule of Civil

3 Procedure 4 sets out the federal requirements for service.

4     If a defendant is not served within 90 days after the complaint is filed, the court—

5 on motion or on its own after notice to the plaintiff—must dismiss the action without

6 prejudice against that defendant or order that service be made within a specified time. But

7 if the plaintiff shows good cause for the failure, the court must extend the time for service

8 for an appropriate period. Fed. R. Civ. P. 4(m).

9     In this case, it has been over 90 days since the complaint has been filed and, based

10 on the current record, McRae has failed to serve Hughes Group. Thus, the Court orders

11 McRae to show cause why this case should not be dismissed without prejudice for failure

12 to serve. McRae may file a response no later than March 5, 2020. Failure to respond or

13 otherwise show why McRae was unable to timely respond will result in **DISMISSAL**

14 **without prejudice**.

15     **IT IS SO ORDERED.**

16     Dated this 13th day of February, 2020.

17

18

19                             BENJAMIN H. SETTLE
                            United States District Judge

20

21

22